

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2021

No. 04-20-00391-CV

**IN THE ESTATE OF SHIRLEY L. WIATREK, DECEASED**,

From the County Court, Karnes County, Texas
Trial Court No. PR-2019-0025
Honorable John D. Hutchinson, Judge Presiding

# O R D E R

    Counsel for appellee, Stepahanie S. Bascon, has filed a motion to withdraw and substitute counsel in this appeal. Texas Rule of Appellate Procedure 6.5(b) provides that a motion to withdraw and substitute counsel "must be delivered to the party in person or mailed—both by certified and by first-class mail—to the party at the party's last known address." TEX. R. APP. P. 6.5(b),(d). Ms. Bascon's motion does not show that she has complied with Rule 6.5(b). Accordingly, the motion to withdraw will be denied, unless Ms. Bascon files, **on or before January 22, 2021**, an amendment or supplement to her motion demonstrating her compliance with Rule 6.5(b).

_Irene Rios_
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court